UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___RECEIVED
ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD
APR 1 9 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-0217-RLH-GWF |
| Plaintiff, ) | |
| vs. ) | |
| VIRGINIA GREGORY ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#35), sentencing held on November 28, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $29,416.03

Name of Payee: WESTSTAR CREDIT UNION
Amount of Restitution: $193.16

Name of Payee: CLARK COUNTY CREDIT UNION
Amount of Restitution: $5,955.68

Name of Payee: US BANK
Amount of Restitution: $10,036.56

Name of Payee: SILVER STATE SCHOOLS CREDIT UNION
Amount of Restitution: $4,398.57

**Total Amount of Restitution ordered:** $50,000.00

Dated this ____19____ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE